AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

RAKESH KAMAL

*Plaintiff(s)*

v.

FLORIDA INTERNATIONAL UNIVERSITY

*Defendant(s)*

19-cv-23850-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Florida International University
Office of the General Counsel
Carlos B. Castillo, Esq., General Counsel
11200 SW 8th Street, PC 511
Miami, FL 33199
t: (305) 348-2103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dana M. Gallup, Esq.
Gallup Auerbach
4000 Hollywood Boulevard, Suite 265 South
Hollyw-ood, FL 33021
t: (954) 894-3035
e: dgallup@gallup-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Sep 16, 2019

Angela E. Noble
Clerk of Court

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts