UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-23850-MARTINEZ/Otazo-Reyes

RAKESH KAMAL,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY,

    Defendant.
_____/

## JOINT SCHEDULING REPORT

The Parties, RAKESH KAMAL, and FLORIDA INTERNATIONAL UNIVERSITY, by and through its undersigned counsel, hereby file this Joint Scheduling Report in accordance with Southern District of Florida Local Rule 16.1 and this Court's Order dated September 18, 2019 (D.E. #4):

**Information required by S.D. Fla. L.R. 16.1(B):**

(A) **Likelihood of Settlement.** The parties are presently unable to make a determination regarding the likelihood of settlement at this time, but will endeavor to do so in good faith prior to the end of the discovery period.

(B) **Likelihood of Appearance in the Action of Additional Parties.** Unknown at this time.

(C) **Discovery Schedule:** The Parties propose the following deadlines:

    (i) **Joinder of Parties and Amend Pleadings**: The parties propose that additional parties be joined and that the pleadings be amended no later than May 11, 2020.

(ii) **To File and Hear Motions**: The parties propose that all dispositive pretrial motions and supporting memoranda of law, including all motions *in limine* and *Daubert* motions, shall be filed and served no later than September 28, 2020.

(iii) **To Complete Fact Discovery**: The parties propose that all fact discovery shall be completed on or before August 27, 2020;

(iv) **Plaintiff to Disclose Experts and Furnish Expert Summaries and Reports**: The parties propose that Plaintiff be required to disclose his experts and to furnish Defendant's counsel with all expert reports and summaries required by Federal Rule of Civil Procedure 26(a)(2)(B) by May 8, 2020;

(v) **Defendants to Disclose Experts and Furnish Expert Summaries and Reports**. The parties propose that Defendant be required to disclose their experts and to furnish Plaintiff's counsel with all expert reports and summaries required by Federal Rule of Civil Procedure 26(a)(2)(B) by June 8, 2020;

(vi) **Plaintiff to Disclose Rebuttal Experts and Furnish Rebuttal Expert Summaries and Reports**. The parties propose that Plaintiff be required to disclose any rebuttal experts and to furnish Defendant's counsel with any rebuttal expert reports and summaries by July 8, 2020;

(vii) **To Complete Expert Discovery**: The parties propose that all expert discovery shall be completed on or before August 27, 2020.

(D) **Proposals for the Formulation and Simplification of Issues**. At this time, the parties do not have any proposals for the formulation and simplification of any issues. As the case progresses, the parties will, if applicable, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.

(E) **Necessity of Amendments to Pleadings**. An amendment to Plaintiff's Complaint may be necessary depending on the outcome of Defendant's Motion to Dismiss.

(F) **Admissions and Stipulations Which Will Avoid Unnecessary Proof**. The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof at trial. None at this time.

(G) **Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence**. The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof and presentation of cumulative evidence at trial.

(H) **Referral of Matters to Magistrate Judge**. The Parties do not consent to trial nor pre-trial dispositive motions to be decided by Magistrate Judge. The parties agree to consent to Magistrate jurisdiction for discovery disputes.

(I) **Preliminary Estimate of the Time Required for Trial**. The parties believe this matter will require 3 to 5 days of trial given the nature of the matter and number of parties.

(J) **Pretrial Conference and Trial Dates.** The parties request that the pretrial conference be scheduled for December 21, 2020 and that trial be scheduled to commence on or after January 11, 2021. The Plaintiff has requested a jury trial in the Complaint.

(K) **Other Information Helpful to the Court in Setting the Case for Status or Pretrial Conference**. At this time, the parties are unaware of any other information that might be helpful to the Court in setting the case for status or pretrial conference.

(L) **Jury or Non-Jury Trial.** The parties request a jury trial.

(M) **Outline of the Legal Elements of Each Claim and Defense Raised by the Pleadings.** As of the date of the filing of this document, no operative complaint has been filed, and Defendant's Motion to Dismiss is still pending. Therefore, the case is not at issue. The

parties agree to amend this section with an outline of the legal elements of each claim and defense raised in the pleadings if the Motion to Dismiss is not granted. Plaintiff contends that he has been discriminated against due to his age, race, and national origin as evidenced by his employer failing to give him promotional opportunities, treating him disparately in the workplace, and discharging him in violation of his rights.

(N) **Good Faith Estimate of the Dollar Valuation of Actual Damages and Other Relief at Issue**. The valuation of actual damages and other relief is unknown at this time but is limited to statutory caps under Title VII and the Florida Civil Rights Act.

(O) **Need for Variance From the Discovery Rules.** There is no need for variance from the discovery limitations imposed by Local Rules and/or the Federal Rules of Civil Procedure.

DATED:  October 23, 2019

| | |
|---|---|
| GALLUP AUERBACH<br>4000 Hollywood Blvd.<br>Presidential Circle – Suite 265 South<br>Hollywood, FL 33021<br>(954) 894-3035<br>(954) 894-8015 (fax)<br>*Attorneys for Plaintiff* | MARRERO & WYDLER<br>2600 Douglas Road, PH-4<br>Coral Gables, FL 33134<br>(305) 446-5528<br>(305) 446-0995 (fax)<br>Coral Gables, FL 33134<br>*Attorneys for Defendant* |
| BY:  /s/  Dana M. Gallup, Esquire<br>   DANA M. GALLUP<br>   F.B.N. 949329<br>   dgallup@gallup-law.com | BY: /s/  Lourdes Espino Wydler, Esquire<br>   OSCAR E. MARRERO<br>   F.B.N.: 372714<br>   oem@marrerolegal.com<br>   LOURDES ESPINO WYDLER<br>   F.B.N.: 719811<br>   lew@marrerolegal.com |

I HEREBY CERTIFY that on this 23rd day of October, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        MARRERO & WYDLER
        *Counsel for Defendant*
        2600 Douglas Road, PH-4
        Coral Gables, FL 33134
        (305) 446-5528
        (305) 446-0995 (fax)

        BY __/s/ Lourdes Espino Wydler_____
            OSCAR E. MARRERO
            F.B.N.: 372714
            oem@marrerolegal.com
            LOURDES E. WYDLER
            F.B.N.: 719811
            lew@marrerolegal.com

## SERVICE LIST

Dana M. Gallup, Esq.
F.B.N. 949329
GALLUP AUERBACH
4000 Hollywood Blvd.
Presidential Circle – Suite 265 South
Hollywood, FL 33021
(954) 894-3035
(954) 894-8015 (fax)
dgallup@gallup-law.com
*Attorneys for Plaintiff.*